IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GREGORY A. DENSTON,            )
                               )
    Petitioner,                )
                               )
v.                             ) Civil Action No. 04-1232-GMS
                               )
THOMAS CARROLL,                )
Warden,                        )
                               )
    Respondent.                )

# ORDER

At Wilmington this 1st day of Sept., 2005;

IT IS ORDERED that:

1. Petitioner Gregory A. Denston's motion to present a supplemental memorandum for his § 2254 petition is GRANTED. (D.I. 6.) The clerk served Denston's supplemental memorandum on the State when it served his original § 2254 petition.

2. Petitioner Gregory A. Denston's motion asking the court to consider his arguments for equitable tolling is GRANTED. (D.I. 7.) The court will consider Denston's equitable tolling arguments when it reviews his § 2254 petition.



UNITED STATES DISTRICT JUDGE