UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA.   19106- 1790

---

CIRCUIT NO.

---

GREGORY A. DENSTON,

APPELLANT

V.

THOMAS CARROLL, WARDEN

APPELLEE,



FILED

DEC 2 3 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

DISTRICT COURT CIVIL ACTION NO.

04-1232-GMS

---

MR. GREGORY E. SMITH

DEPUTY ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
CARVEL STATE OFFICE BUILDING

820 NORTH FRENCH STREET, 7TH FLOOR

WILMINGTON, DELAWARE    19801

ATTORNEY FOR APPELLEE

GREGORY A. DENSTON

SBI # 168692    UNIT S-1

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE    19977

DATE   DECEMBER 19TH, 2005

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case Number: _____

Case Name: __DISTRICT COURT CIVIL ACTION NO. 04-1232- GMS__

INFORMAL BRIEF

DIRECTIONS: Answer the following questions about your appeal to the best of your ability. Use additional sheets of paper if necessary. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.

1. Jurisdiction: What order(s) of the district court are you appealing?

    DENIAL OF HABEAS CORPUS PURSUANT 28 U.S.C. 2254

    What is the date of the order(s)?
    DECEMBER 7TH, 2005

    When did you file your notice of appeal?
    DECEMBER 19TH, 2005

2. Statement of the case: Explain the proceedings in the district court (i.e. what the district court did in deciding your case).

    PETITION WAS DISMISSED AS UNTIMELY.

1

3. **Statement of facts:** Explain the facts and events that caused you to file your complaint in the district court.

FACTS OF THE REASON FOR ME TO FILE MY COMPLAINT TO THE DISTRICT COURT WAS DUE TO THE SUPERIOR COURT DENINING MY RULE 61 POST CONVICTION . I CLAIMED VALID CONSTITUTIONAL VIOLATIONS, SUCH AS INEFFECTIVE ASSISTANCE OF COUNSEL THROUGH OUT THE SENTENCE PHASE OF THE APPELLANT,S CASE . ALSO ARGUING THE PROCEDURAL VIOLATION IN THE SUPERIOR COURT, WHEN THE APPELLANT,S PLEA BARGIN WAS BREACHED.

4. **Statement of related cases:** Have you filed an appeal in this case before? If so, give title of case and docket number.   NO

Do you have any cases related to this case pending in the district court or the court of appeals? If so give title of case and docket number.   NO.

5. Did the district court incorrectly decide the facts of your case? YES   If so what facts?

THE DISTRICT COURT NEVER REALLY TOUCHED BASE ON MY CONSTITUTIONAL VIOLATIONS OF MY CASE.

3

6. Did the district court apply the wrong law (either cases or statutes)? <u>YES</u>
If so, what law do you want applied?

THE DISTRICT COURT NEVER REVIEWED INSTITUTIONAL RECORDS TO

THE ONE YEAR I WAS IN THE SUPER MAX AND HAD NO LEGAL MATERIAL

TO ARGUE THE AEDPA ON THE ONE YEAR FILING OF MY PETITION TO

THE DISTRICT COURT, STATING THAT THE PETITION WAS TIME BARRED.

7. Are there any other reasons why the district court's judgment was wrong? __NO__

If so, briefly state these reasons.

8. What action do you want the Court of Appeals to take in this case?

APPOINT COUNSEL TO THE APPELLANT, TO HELP ARGUE THE RAMIFACATIONS

OF THE WHOLE PROCEEDINGS AND OR PLEASE EXCEPT THIS CASE AND REVIEW.

THE APPELLANT PRAYS FOR THE HONORABLE COURT TO GRANT ANY PROPER

RELIEF.

_____
Signature

*You may attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Please keep in mind that the entire district court record is transmitted to the court of appeals and is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.*

*IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND TEN (10) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.*





LEGAL MAIL

U.S.M.S. X-RAY

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
844 KING STREET - LOCKBOX 18 #18
WILMINGTON, DELAWARE
19801

FROM: GREG DESHIELDS
SBI# 76868 UNIT 2[?]
DELAWARE CORRECTIONAL CENTER
SMYRNA, DELAWARE