IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GREGORY A. DENSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1232-GMS |
| | ) | |
| THOMAS L. CARROLL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

At Wilmington this 6th day of January, 2006;

IT IS ORDERED that:

Petitioner Gregory A. Denston's motion to proceed *in forma pauperis* on appeal is DENIED as unnecessary. (D.I. 17.) This court previously granted Denston's request to proceed *in forma pauperis* on his § 2254 petition, (D.I. 4.), and his *in forma pauperis* status continues on appeal. *See* Federal Rule of Appellate Procedure 24(a)(3)("party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith").

UNITED STATES DISTRICT JUDGE