Greg Denston
SBI# 168652 Unit S-1
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

January 6th, 2006

Clerk Of The Court
United States District
    Court
In The District Of
    Delaware
844 King Street Lockbox #18
Wilmington, Delaware
    19801

04-1232


FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Court Clerk,

Please except this 6 month account balance to be added with my form of Pauperis which I have already sent in. I'm proceeding this matter in appealing my case to Third Circuit Court. District Court # 04-1232-GMS. Third Circuit Court # 05-5555.

Thank You,
Greg Denston



I/M GREG DESSION
SBI# 162658  UNIT B.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE
844 KING STREET - LOCKBOX 18
WILMINGTON, DELAWARE
19801