# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-1232

TO: Gregory Denston   SBI#: 168692

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: December 29, 2005

FILED
JAN - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
June 1, 2005 to November 30, 2005

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 27.08 |
| July | 18.84 |
| Aug | 24.73 |
| Sept | 30.68 |
| Oct | 17.83 |
| Nov | 30.45 |

Average daily balances/6 months: 24.89

Attachments
CC: File

Stacy Shane
12/29/05

Nil L
Notary public
12/30/05

# Individual Statement

## For Month of June 2005

Date Printed: 12/28/2005                                                                                   Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | $31.07 | |
| Current Location: | S1 | | Comments: NSP | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 6/1/2005 | ($28.85) | $0.00 | $0.00 | $2.22 | 114080 | | | |
| Misc Wage | 6/1/2005 | $87.98 | $0.00 | $0.00 | $90.20 | 114248 | | | PRISON INDUSTRIES |
| Canteen | 6/7/2005 | ($67.86) | $0.00 | $0.00 | $22.34 | 117033 | | | |
| Canteen | 6/14/2005 | ($6.39) | $0.00 | $0.00 | $15.95 | 119753 | | | |
| Canteen | 6/21/2005 | ($15.62) | $0.00 | $0.00 | $0.33 | 122182 | | | |

Ending Mth Balance: $0.33

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.33 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1    Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 7/1/2005 | $79.25 | $0.00 | $0.00 | $79.58 | 126781 | | | |
| Canteen | 7/6/2005 | ($67.98) | $0.00 | $0.00 | $11.60 | 128197 | | | |
| Mail | 7/8/2005 | $25.00 | $0.00 | $0.00 | $36.60 | 129985 | 41818996 | PRISON INDUSTRIES | IDENSON |
| Canteen | 7/12/2005 | ($35.78) | $0.00 | $0.00 | $0.82 | 130533 | | | |

Ending Mth Balance: $0.82

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.82 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1    Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 8/2/2005 | $76.72 | $0.00 | $0.00 | $77.54 | 139472 | | | |
| Canteen | 8/3/2005 | ($0.79) | $0.00 | $0.00 | $76.75 | 139671 | | PRISON INDUSTRIES | |
| Misc Wage 109 | 8/8/2005 | $1.00 | $0.00 | $0.00 | $77.75 | 141744 | | RECREATION 7/4 | |
| Canteen | 8/9/2005 | ($71.70) | $0.00 | $0.00 | $6.05 | 142707 | | | |
| Canteen | 8/16/2005 | ($4.71) | $0.00 | $0.00 | $1.34 | 144927 | | | |
| Mail | 8/16/2005 | $25.00 | $0.00 | $0.00 | $26.34 | 145381 | 4597851207 | | I DENSTON |
| Canteen | 8/23/2005 | ($26.34) | $0.00 | $0.00 | $0.00 | 147738 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/28/2005

Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | $0.00 |

Current Location: S1    Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 9/1/2005 | $115.76 | $0.00 | $0.00 | $115.76 | 152035 | | | |
| Canteen | 9/6/2005 | ($69.78) | $0.00 | $0.00 | $45.98 | 153780 | | | |
| Pay-To | 9/9/2005 | ($10.00) | $0.00 | $0.00 | $35.98 | 155377 | | I DENSTON | |
| Canteen | 9/13/2005 | ($14.89) | $0.00 | $0.00 | $21.09 | 156961 | | PRISON INDUSTRIES | |
| Pay-To | 9/15/2005 | ($20.00) | $0.00 | $0.00 | $1.09 | 158479 | | DISTRICT COURT | |

Ending Mth Balance: $1.09

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Page 1 of 1

Date Printed: 12/28/2005

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.09 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |
| Current Location: | S1 | | Comments: | NSP | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 10/3/2005 | $95.17 | $0.00 | $0.00 | $96.26 | 164444 | | PRISON INDUSTRIES | |
| Canteen | 10/4/2005 | ($74.63) | $0.00 | $0.00 | $21.63 | 165880 | | | |
| Mail | 10/4/2005 | $35.00 | $0.00 | $0.00 | $56.63 | 166055 | | | I DENSTON |
| Canteen | 10/11/2005 | ($35.78) | $0.00 | $0.00 | $20.85 | 169794 | | | |
| Pay-To | 10/13/2005 | ($20.00) | $0.00 | $0.00 | $0.85 | 171586 | 0418189572 | DISTRICT COURT | |

Ending Mth Balance: $0.85

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 12/28/2005

## For Month of November 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.85 |
|---|---|---|---|---|---|---|
| 00168692 | Denston | Gregory | | | | |

Current Location: S1    Comments: NSP

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 11/1/2005 | $83.03 | $0.00 | $0.00 | $83.88 | 177787 | | | |
| Canteen | 11/1/2005 | ($0.82) | $0.00 | $0.00 | $83.06 | 178210 | | | |
| Canteen | 11/8/2005 | ($74.80) | $0.00 | $0.00 | $8.26 | 181230 | | PRISON INDUSTRIES | |
| Canteen | 11/15/2005 | ($8.09) | $0.00 | $0.00 | $0.17 | 184334 | | | |
| Mail | 11/18/2005 | $25.00 | $0.00 | $0.00 | $25.17 | 186105 | 46852166361 | | I. DEMSTON |
| Canteen | 11/29/2005 | ($23.80) | $0.00 | $0.00 | $1.37 | 188948 | | | |

Ending Mth Balance: $1.37

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00




I/M GREG DESSION
SBI# 162658 UNIT B.1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

LEGAL MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
IN THE DISTRICT OF DELAWARE
844 KING STREET - LOCKBOX 18
WILMINGTON, DELAWARE
19801