HLD-1 (October 2006)                                              October 13, 2006
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **05-5555**

GREGORY DENSTON

    VS.

THOMAS CARROLL, WARDEN

    ( D. Del. Civil No. 04-cv-01232)

Present: SCIRICA, CHIEF JUDGE, WEIS AND GARTH, CIRCUIT JUDGES

    Submitted are

    1.   Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) with attachments; and

    2.   Appellant's motion for appointment of counsel

    in the above-captioned case.

                                        Respectfully,

                                        Clerk

MMW/RPC/arl

_____ORDER_____

The foregoing request for a certificate of appealability is denied. Regardless of any statutory or equitable tolling prior to Petitioner's filing of his first state post-conviction petition, the limitations period would have, under a best case scenario, begun to run in March 2002 when the 30-day period expired for appealing the February 2002 denial of Petitioner's post-conviction petition. See Swartz v. Meyers, 204 F.3d 417, 418 (3d Cir. 2000); Del. S. Ct. R. 6(a)(iii). Thus, at the latest the one-year limitations expired in March 2003, well before Petitioner filed his 25 U.S.C. § 2254 petition. Accordingly, no reasonable jurist would debate the correctness of the District Court's denial of the petition as untimely. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Appellant's motion for appointment of counsel is denied.

**HLD-1 (October 2006)**  October 13, 2006
GREGORY DENSTON
    VS.
THOMAS CARROLL, WARDEN
C.A. No. **05-5555**
Page 2

_____



Marcia M. Waldron, Clerk

By the Court,

  /s/ Leonard I. Garth
Circuit Judge

Dated: November 16, 2006

ARL/cc: GAD; GES