Marcia M. Waldron
Clerk

**OFFICE OF THE CLERK**
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790
www.ca3.uscourts.gov

Telephone
215-597-2995

DELAWARE _____ Clerk of District Court
(District)

Date November 16, 2006

DENSTON V. CARROLL
(Caption)

C. of A. No. 05-5555

**GREGORY DENSTON**
(Appellant)

04-CV-01232
(D.C. No.)

Enclosures:

11/16/06 Certified copy of C. of A. Order by the **Court**/Clerk
(Date)

* __XXX__ Record (**Civil** and Criminal)

* _____ Supplemental Record (First) (Second) (Third)

* _____ Exhibits

* _____ State Court Record

__XXX__ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on_____
is recalled.

/s/ AINA R. LAWS   (267)-299-4957
Deputy Clerk       Telephone Number

* _____(267)-299-_____
Record Processor   Telephone Number

Receipt Acknowledge:
_Estrickln_
(Name)
_11/20/06_
(Date)
Appeals (Record)

Rev. 3/13/00